Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 08-37031-rld11 |
|---|---|
| Summit Accommodators, Inc., dba Summit 1031 Exchange,<br>Debtor. | **ORDER APPROVING FINAL FEE APPLICATION OF TONKON TORP LLP** |

THIS MATTER, came before the Court upon the Application for Final Professional Compensation (the "Application") filed and duly served by Tonkon Torp LLP, attorneys for Chapter 11 Trustee Kevin D. Padrick. All objections to the Application have either been withdrawn or overruled. The Court has duly considered this matter, NOW, THEREFORE,

IT IS HEREBY ORDERED that the Application filed by Tonkon Torp LLP is hereby approved and the Chapter 11 Trustee is authorized to pay to Tonkon Torp LLP as final compensation, the sum of $263,240.40, which is comprised of fees in the amount of $255,273.50 and $7,966.90 in expenses. The final compensation and fees allowed reflect the amounts

***

***

Page 1 of 2 - ORDER APPROVING FINAL FEE APPLICATION OF TONKON TORP LLP

allowed in the Court's letter, dated November 17, 2009, reduced by $1,072.50 pursuant to an agreement between the Office of the United States Trustee and Tonkon Torp LLP,

# # #

Presented by:

TONKON TORP LLP


By  */s/ Leon Simson*
    Leon Simson, OSB No. 75342 (Lead Attorney)
    David S. Aman, OSB No. 962106
    Haley B. Bjerk, OSB No. 062760
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:   503-2210-1440
    Facsimile:    503-274-8779
    E-Mail:       leon.simson@tonkon.com
                  david.aman@tonkon.com
                  haley.bjerk@tonkon.com
    Attorneys for Chapter 11 Trustee

cc:     List of Interested Parties

**Page 2 of 2** -   ORDER APPROVING FINAL FEE APPLICATION OF TONKON TORP LLP
034894/00001/1871839v1

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 08-37031-rld11    Doc 614    Filed 12/07/09

# LIST OF INTERESTED PARTIES

*In re: Summit Accommodators, Inc. dba Summit 1031 Exchange*
U.S. Bankruptcy Court Case No. 08-37031-rld11

## ECF PARTICIPANTS:

- DAVID S AMAN    david.aman@tonkon.com, mary.costanzo@tonkon.com
- HALEY B BJERK    haley.bjerk@tonkon.com, kellie.weber@tonkon.com
- PAUL R BOCCI    paul.bocci@gmail.com, prblaw@yahoo.com
- STEVEN M BOWERS    steve@stevebowers.com
- STEPHEN T BOYKE    steve@boykelaw.com
- JOSHUA J BUSEY    bmaloney@cbblawfirm.com, jbusey@cbblawfirm.com
- ROBERT B COLEMAN    rcoleman@lawssg.com, deast@lawssg.com
- PATRICIA REED CONSTANT    prconstant@swbell.net
- SUSAN S FORD    susanf@sussmanshank.com, ecf.susan.ford@sussmanshank.com
- BENNETT H GOLDSTEIN    bhgoldatty@aol.com
- NICHOLAS J HENDERSON    ecfmail@htattorneys.com
- DAVID W HERCHER    dave.hercher@millernash.com, teri.cochran@millernash.com; d.hercher@comcast.net
- RICHARD S HOFFMAN    rhoff88302@aol.com, solanalaw@hotmail.com
- SCOTT L JENSEN    slj@brownrask.com, lac@brownrask.com
- GREGG D JOHNSON    gdj@aterwynne.com, oxr@aterwynne.com
- CASSIE KELLOGG    kellogg@gleaveslaw.com, kirsten@gleaveslaw.com;deanna.c@gleaveslaw.com
- THOMAS A LARKIN    tlarkin@lawssg.com, mmoore@lawssg.com
- JULIA I MANELA    ecf@mb-lawoffice.com
- MARTIN P MEYERS    martin@sussmanshank.com, ecf.martin.meyers@sussmanshank.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- JOHNSTON A MITCHELL    johnstonlaw@comcast.net, coers@comcast.net
- TAMARA E MacLEOD    tem@karnopp.com, djc@karnopp.com
- MICHAEL D O'BRIEN    enc@orbankruptcy.com, nick@orbankruptcy.com; jessica@orbankruptcy.com
- ROBERT R OPERA    sconnor@winthropcouchot.com, pj@winthropcouchot.com; ropera@winthropcouchot.com
- DANIEL C PETERSON    dpeterson@schwabe.com, aschoebel@schwabe.com
- MARILYN R PODEMSKI    mrp@podemski.com
- SHAWN P RYAN    shawn@sryanlaw.com, samantha@sryanlaw.com
- TARA J SCHLEICHER    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;sormsby@fwwlaw.com
- LOREN S SCOTT    ecf@mb-lawoffice.com
- LEON SIMSON    leon.simson@tonkon.com, laura.lindberg@tonkon.com; shannon.sullivan@tonkon.com
- JOHN SPENCER STEWART    jstewart@lawssg.com
- THOMAS W STILLEY    tom@sussmanshank.com, janine@sussmanshank.com
- JEANETTE L THOMAS    JThomas@perkinscoie.com, etherrien@perkinscoie.com; docketpor@perkinscoie.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- LAURA J WALKER    lwalker@chbh.com, kharris@cablehuston.com
- JENNIFER ASPAAS    ecfor@rcflegal.com, ecfor@rcflegal.com

# NON-ECF PARTICIPANTS

Summit Accommodators, Inc.
dba Summit 1031 Exchange
1567 SW Chandler Ave., Ste. 101
Bend, OR 97702
   Debtor

Securities and Exchange
Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

IRS
PO Box 21126
Philadelphia, PA 19114

IRS
1220 SW Third Ave. M/S 0240
Portland, OR 97204

CHARLES MOSTER
620 Congress Ave # 320
Austin, TX 78701
  Attorney for Smithridge Investor, LLC

Kevin D. Padrick
POB 3510
Sunriver, OR 97707
  Chapter 11 Trustee

TENNANT INVESTORS
c/o Annie Tennant Buell
6200 Buena Vista Drive
Vancouver, WA 98661
Ph: (360) 694-8119
Fax: (360) 936-1142
Email: anniebuell@gmail.com
  Creditors' Committee Chair

Alessandro Family Trust
c/o Michael Alessandro
880 Snow King Ave
Jackson, WY 83001
Ph: (307) 203-2941
Email: malessandro@imolainv.com
  Creditors' Committee Member

Stephanie Studebaker-DeYoung
2441 NW Hosmer Lake Drive
Bend, OR 97701

Bull Creek Apartments Ltd.
c/o Diana G. Zuniga
602 W. 7th Str
Austin, TX 78701
Ph: (512) 480-8100
Fax: (512) 480-9100
Email: invest@iausa.net
  Creditors' Committee Member

Lewis Interests, Ltd
c/o William C. Pollard
800 Rio Grande
Austin, TX 78701
Ph: (512) 474-1554
Fax: (512) 474-1579
Email: wpollard@pollardlaw.net
  Creditors' Committee Member

Bert Manuel
1821 Samuel James Ct
Yuba City, CA 95993
Ph: (530) 870-2137
Fax: (530) 674-2224
Email: riceman@succeed.net
  Creditors' Committee Member

Ronald R. Miller
18775 Pinehurst Rd.
Bend, OR 97701
Ph: (541) 788-7652
Email: nyezee@aol.com
  Creditors' Committee Member

Nodding Onion, LLC
c/o Rolland B. Andrews
629 Lower Valley Rd
Kalispell, MT 59901
Ph: (406) 755-2743
Fax: (406) 755-5589
Email: corks@montanawest.com
  Creditors' Committee Member

James Hull
2561 NW Century Drive
Prineville, OR 97754

Mark Knowles
2525 NE Twin Knolls Drive, #A
Bend, OR 97701

Points West Holdings, Inc.
c/o Ron W. Jones
291 East 1400 South #6
St. George, UT 84790
Ph: (435) 680-7300
Fax: (435) 674-7300
Email: rwj@cmartinc.com
  Creditors' Committee Member

Tenneson Engineering Corp.
c/o Ben Beseda
3313 W Second St., Ste. 100
The Dalles, OR 97058
Ph: (541) 296-9177
Fax: (541) 296-6657
Email: bbeseda@tennesoneng.com
  Creditors' Committee Member

Brian A Jennings
1201 3rd Ave 48th Floor
Seattle, WA 98101-3099
  Attorney for Creditors' Committee

David R. Denecke
Harrang Long Gary Rudnick P.C.
1001 SW Fifth Avenue, 16th Floor
Portland, OR 97204-1116
david.denecke@harrang.com

Joseph D. Martinec
600 Congress Avenue, Suite 500
Austin, TX 78701

Rebecca S. McElroy
600 Congress Avenue, Suite 500
Austin, TX 78701

Mark Neuman
265 NW Franklin, Ste. 101
Bend, OR 97701

K & J Camalot Holdings, LLC
K & J Westbury Holdings, LLC
Keean Welch
797 Swiss Haven Circle
Santa Clara, UT 84765

Nimble Development, Inc.
c/o Jack Robson
3040 NW Underhill Place
Bend, OR 97701

034894/00001/1477217v2